# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y.  10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

REPLY TO <mark>MONTCLAIR</mark> OFFICE

November 2, 2020

LETTER-MOTION, ON CONSENT, FOR A ONE TIME
MODIFICATION OF CONDITIONS
OF SUPERVISED RELEASE

Served and Filed Via ECF
Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Starly Hernandez*, 17-cr-618(RA)

Dear Judge Abrams:

I am writing, respectfully, with the consent of the United States and the approval of Probation, to request a one-time modification of Mr. Hernandez' conditions of supervised release to allow him to travel to and from the Dominican Republic to visit his aging (95 years old) grandfather. The duration of travel is one week.

As the record will reflect, I served as Mr. Hernandez' counsel, pursuant to Your Honor's CJA appointment, when the case was before you in 2017. My client entered as guilty plea and, on September 14, 2018, the Court imposed a custodial term of 24 months to be followed by three years of supervised release. (ECF Doc. 185.) Mr. Hernandez was released from BOP custody to supervised release earlier this year and has been doing well ever since. He is close to his grandfather and understandably concerned that he may not get a chance to see him. Unfortunately, his grandmother passed away while Mr. Hernandez was incarcerated.

I have discussed this request with Mr. Hernandez' supervising Probation Officer, Sonales Gonzalez (copied here), and she approves, with the understanding that Mr. Hernandez will advise her of dates of departure and

**RUHNKE & BARRETT**  HON. RONNIE ABRAMS, U.S.D.J.
Attorneys at Law  November 2, 2020
Page 2

return and provide contact information in the Dominican Republic. The Government defers to the judgment of Probation and does not oppose the request.

The Court's attention to this matter is appreciated. Please advise if Your Honor has any questions. If the request is approved, please So-Order this letter-motion with instructions that it be filed. Thank you.

> Respectfully submitted,
> *David A. Ruhnke*
> David A. Ruhnke
> Counsel to Starly Hernandez

cc;   All parties via ECF
    Sonales Gonzalez, U.S.P.O. via email

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 2, 2020