Probation Form No. 35                          Report and Order Terminating Probation /
(1/92)                                                  Supervised Release
                                                           Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                v.                        Docket No. 17-CR-618 (RA)

Starly Hernandez

      On January 31, 2020, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Starly Hernandez be discharged from Supervised Release.

                                                           Respectfully submitted,

                                           by    *Kelsie Luis (for)*
                                                          Sonales Gonzalez
                                                          U.S. Probation Officer

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

      Date this   12th   day of   October  , 20  21 .

                                                           Honorable Ronnie Abrams
                                                           U.S. District Judge